IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LELYNE EDENS AS SPECIAL ADMINISTRATOR OF THE ESTATE OF CALEB MICHAEL JOYNER, DECEASED )<br><br>Plaintiff,<br><br>v.<br><br>OLIGHT USA, BATTERIES PLUS HOLDING CORPORATION, & ASCENT BATTERY SUPPLY, LLC.,<br><br>Defendants. | No. 19-cv-5346<br><br>Honorable Judge Charles R. Norgle, Sr.<br>Magistrate Judge Honorable Sunil R. Harjani |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

NOW COME Defendants, BATTERIES PLUS HOLDING CORPORATION and ASCENT BATTERY SUPPLY, LLC, by and through their attorneys, GLENN F. FENCL and AMBER N. LUKOWICZ of JOHNSON AND BELL, LTD., and respectfully move this Honorable Court for an order of an order for a twenty-eight (28) day extension of time within which to answer or otherwise plead in this cause, pursuant to the Federal Rule of Civil Procedure 6(b). In further support of this motion, Defendants state as follows:

1. This matter was filed on August 8, 2019. (See Doc. 1).

2. On August 27, 2019, the Complaint was served upon Defendant BATTERIES PLUS HOLDING CORPORATION.

3. On August 28, 2019, the Complaint was served upon Defendant ASCENT BATTERY SUPPLY, LLC.

4. Counsel for Defendants was recently retained. Defendants have not yet filed any responsive pleadings in this matter. The undersigned attorneys for the Defendants have timely filed their appearances in this matter (*see* Doc. 4 and 5), and have moved for this extension of time so that they can consult with their clients regarding the allegations of the Plaintiff's Complaint, and the manner in which to respond to same.

5. Because of the detailed factual and legal disputes involved in the allegations against the Defendants, additional time is required to fully investigate all the issues raised in the Plaintiff's Complaint in order to determine how to answer or otherwise plead.

6. Defendants request additional time in good faith to make a more fully informed answer or other pleading to the Complaint.

7. Counsel for Defendants emailed with plaintiff's counsel regarding the filing of a responsive pleading and plaintiff's counsel has indicated they do not oppose an extension of 28 days.

8. This Motion is not brought for the purposes of delay, but rather to provide Defendants appropriate time to answer or otherwise plead in this matter before the court, and to further provide the Defendants the opportunity to litigate this matter on its merits.

9. Accordingly, Defendants respectfully request a reasonable extension of time to answer or otherwise plead of twenty-eight (28) days or on or before October 18, 2019.

WHEREFORE Defendants, BATTERIES PLUS HOLDING CORPORATION and ASCENT BATTERY SUPPLY, LLC, pray that this Honorable Court enter an order, pursuant to Federal Rule of Civil Procedure Section 6(b), granting the Defendants on or until October 18, 2019 to answer or other responsive plead to Plaintiff's Complaint.

-

                    Respectfully submitted, this 16th day of September, 2019

                    */s/ Amber N. Lukowicz*
                    One of the Attorneys for the Defendants Batteries Plus Holding Corporation and Ascent Battery Supply, LLC

Glenn F. Fencl ARDC# 3126086
Amber N. Lukowicz ARDC# 6324266
Johnson & Bell, Ltd.
33 W. Monroe, Ste. 2700
Chicago, Illinois 60603
Phone: (312) 372 0770
Fax: (312) 372-9818
fenclf@jbltd.com
lukowicza@jbltd.com

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that I caused to be served the foregoing document on September 16, 2019, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                              /s/ Amber N. Lukowicz
                                              One of the Attorneys for Defendants

Glenn F. Fencl ARDC# 3126086
Amber N. Lukowicz ARDC# 6324266
Johnson & Bell, Ltd.
33 W. Monroe, Ste. 2700
Chicago, Illinois 60603
Phone: (312) 372 0770
Fax: (312) 372-9818
fenclf@jbltd.com
lukowicza@jbltd.com