IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LELYNE EDENS AS SPECIAL ADMINISTRATOR OF THE ESTATE OF CALEB MICHAEL JOYNER, DECEASED )<br><br>Plaintiff, )<br><br>v. )<br><br>OLIGHT USA, BATTERIES PLUS HOLDING CORPORATION, & ASCENT BATTERY SUPPLY, LLC., )<br><br>Defendants. ) | No. 19-cv-5346<br><br>Honorable Judge Charles R. Norgle, Sr.<br>Magistrate Judge Honorable Sunil R. Harjani |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on the **20th day** of **September 2019,** at **9:00 a.m.**, I shall appear before the Honorable Judge Charles R. Norgle, Sr., Courtroom 2341, or any Judge sitting in his stead, in the courtroom usually occupied by him at 219 South Dearborn, Chicago, Illinois, and shall then and there present **Defendants' Unopposed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint.**

        Respectfully submitted,

        JOHNSON & BELL, LTD.

        By: **/s/Amber N. Lukowicz**
        One of the Attorneys for Defendant

Glenn F. Fencl – Bar Number:  3126086
Amber N. Lukowicz – Bar Number:  6324266
JOHNSON & BELL, LTD.
33 W. Monroe St., Suite 2700
Chicago, Illinois 60603
(312) 372-0770
lefevourg@jbltd.com
fenclg@jbltd.com
lukowicza@jbltd.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

**s/ Amber N. Lukowicz**
Amber N. Lukowicz; Bar Number:  6324266
One of the attorneys for Defendants, Batteries Plus Holding Corporation and Ascent Battery Supply, LLC
Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, IL 60603
Telephone:  (312) 372-0770
Fax:  (312) 372-2881
E-mail:  lukowicza@jbltd.com