# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Lelyne Edens

                Plaintiff,

v.                                  Case No.: 1:19–cv–05346
                                  Honorable Charles R. Norgle Sr.

Olight USA, et al.

                Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 19, 2019:

      MINUTE entry before the Honorable Charles R. Norgle:Motion for extension of time [6] is granted. The parties are not required to appear before the court on Friday, September 20, 2019. An Agreed Written Status Report is due on 11/6/2019. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.