IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LELYNE EDENS, as special administrator of the estate of Caleb Michael Joyner, Deceased | )<br>)<br>) |
| Plaintiff, | ) No. 1:19-cv-05346 |
| v. | )<br>) Hon. Charles R. Norgle |
| OLIGHT USA, BATTERIES PLUS HOLDING CORPORATION, & ASCENT BATTERY SUPPLY, LLC, | )<br>)<br>)<br>) |
| Defendants. | |

**ORDER**

Motions for Leave to Appear Pro Hac Vice [2] [3] are granted.

IT IS SO ORDERED.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: September 20, 2019