IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LELYNE EDENS AS SPECIAL ADMINISTRATOR OF THE ESTATE OF CALEB MICHAEL JOYNER, DECEASED,<br><br>Plaintiff,<br>vs.<br><br>OLIGHT USA,<br>BATTERIES PLUS HOLDING CORPORATION, &<br>ASCENT BATTERY SUPPLY, LLC.<br><br>Defendants. | Court No.: 1:19-cv-05346<br><br>Hon. Charles R. Norgle |

**PLAINTIFF'S MOTION, PURSUANT TO RULE 15(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE, FOR LEAVE TO FILE FIRST AMENDED COMPLAINT ADDING, OLIGHT, OLIGHT WORLD USA, INC., OLIGHT WORLD, and OLIGHT TECHNOLOGY CO., LTD., AS ADDITIONAL PARTY DEFENDANTS.**

Now comes the Plaintiff, by attorney Robert A. Montgomery, pursuant to Federal Rules of Civil Procedure 15(a)(2) and seeks leave to file a First Amended Complaint naming Olight, Olight World USA, Inc., Olight World, and Olight Technology Co., Ltd., as additional party Defendants and in support thereof, states as follows:

1. This cause of action arises from injuries and death of the Plaintiff due to a defective flashlight and batteries.

2. Discovery has revealed additional entities that should be added as a party Defendant.

3. Olight, Olight World USA, Inc., Olight World, and Olight Technology Co., Ltd., upon information and belief, manufactured and distributed the defective flashlight and batteries and should be added as additional Defendants.

4. The Plaintiff requests leave to file a First Amended Complaint adding Olight,

Olight World USA, Inc., Olight World, and Olight Technology Co., Ltd., as additional party Defendants.

5. Olight is a Chinese Corporation with its principle place of business located at 2F East, Building A, B3 Block, Fuhai Industrial Park, Fuyong, Bao'an District, Shenzhen, Guangdong, China, and subject to jurisdiction to this court..

6. Olight World USA, Inc., is a Georgia Corporation with its principle place of business located at 2150 NW Pkwy SE, Suite M, Marietta, GA, 30067, and subject to jurisdiction to this court.

7. Olight World is a Georgia Corporation with its principle place of business located at 2150 NW Pkwy SE, Suite M, Marietta, GA, 30067, and subject to jurisdiction to this court.

8. Olight Technology Co., Ltd., is a Chinese Corporation with its principle place of business located at 2F East, Building A, B3 Block, Fuhai Industrial Park, Fuyong, Bao'an District, Shenzhen, Guangdong, China, and subject to jurisdiction to this court.

9. Federal Rules of Civil Procedure 15(a)(2) states in pertinent part "… a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires."

10. Justice requires that the Plaintiff be able to conform the pleadings to the issues in the case.

WHEREFORE the Plaintiff seeks leave to file a First Amended Complaint adding additional party Defendants, Olight, Olight World USA, Inc., Olight World, and Olight Technology Co., Ltd.

Respectfully submitted,

Law Offices of Robert A. Montgomery

<u>/s/Robert A. Montgomery</u>
Attorney for Plaintiff

Robert A. Montgomery
Attorney at Law
161 North Clark Street, Suite 3050
Chicago, Illinois 60601
T: (312) 236-7700; F: (312) 605-8808
E:  rm@rmontlaw.com
Attorney Code 1946129