**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LELYNE EDENS AS SPECIAL ADMINISTRATOR OF THE ESTATE OF CALEB MICHAEL JOYNER, DECEASED )<br>)<br>)<br>) | |
| Plaintiff, ) | No. 19-cv-5346 |
| ) | |
| ) | Honorable Judge Charles R. Norgle, Sr. |
| v. ) | Magistrate Judge Honorable Sunil R. Harjani |
| ) | |
| OLIGHT USA, BATTERIES PLUS HOLDING CORPORATION, & ASCENT BATTERY SUPPLY, LLC., )<br>)<br>) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on the **1ˢᵗ day** of **November, 2019, at 9:30 a.m.**, I shall appear before the Honorable Judge Charles R. Norgle, Sr., Courtroom 2341, or any Judge sitting in his stead, in the courtroom usually occupied by him at 219 South Dearborn, Chicago, Illinois, and shall then and there present **Defendants', Batteries Plus Holding Corporation, and Ascent Battery Supply, LLC, Rule 12(b)(6) Motion to Dismiss All Counts of Plaintiff's Complaint, and Memorandum in Support of Rule 12(b)(6) Motion to Dismiss Plaintiff's Complaint.**

                                          **s/ Amber N. Lukowicz**
                                          Amber N. Lukowicz; Bar Number: 6324266
                                          One of the Attorneys for the Defendants Batteries
                                              Plus Holding Corporation and Ascent Battery
                                              Supply, LLC
                                          Johnson & Bell, Ltd.
                                          33 West Monroe Street, Suite 2700
                                          Chicago, IL 60603
                                          Telephone: (312) 372-0770
                                          Fax: (312) 372-2881
                                          E-mail: lukowicza@jbltd.com

## CERTIFICATE OF SERVICE

  I hereby certify that on October 18, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

              **s/ Amber N. Lukowicz**
              Amber N. Lukowicz; Bar Number:  6324266
              One of the Attorneys for the Defendants Batteries Plus Holding Corporation and Ascent Battery Supply, LLC
              Johnson & Bell, Ltd.
              33 West Monroe Street, Suite 2700
              Chicago, IL 60603
              Telephone:  (312) 372-0770
              Fax:  (312) 372-2881
              E-mail:  lukowicza@jbltd.com