UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Lelyne Edens
                 Plaintiff,

v.                                          Case No.: 1:19–cv–05346
                                                 Honorable Charles R. Norgle Sr.

Olight USA, et al.
                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 31, 2019:

      MINUTE entry before the Honorable Charles R. Norgle: Plaintiff's response to Defendants' Motion to Dismiss [11] is due on or before 11/22/2019. Defendants' reply is due on or before 12/6/2019. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.