**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LELYNE EDENS AS SPECIAL ADMINISTRATOR OF THE ESTATE OF CALEB MICHAEL JOYNER, DECEASED,<br><br>　　　　Plaintiff,<br>vs.<br><br>OLIGHT USA,<br>BATTERIES PLUS HOLDING CORPORATION, &<br>ASCENT BATTERY SUPPLY, LLC.<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Court No.: 1:19-cv-05346<br>)<br>)　Hon. Charles R. Norgle<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION, PURSUANT TO RULE 15(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE, FOR LEAVE TO FILE SECOND AMENDED COMPLAINT TO CORRECT DEFICIENCIES RAISED IN DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

　　　　Now comes the Plaintiff, by attorney Robert A. Montgomery, pursuant to Federal Rules of Civil Procedure 15(a)(2) and seeks leave to file a Second Amended Complaint to correct deficiencies raised in Defendant's Motion to Dismiss for Failure to State a Claim and in support thereof, states as follows:

　　　　1.　　On October 18, 2019, Defendant's counsel filed a 12(b) Motion to Dismiss for Failure to State a Claim.

　　　　2.　　Plaintiff's counsel agrees with certain issues raised in Defendant's Motion and seeks leave to file a Second Amended Complaint curing the deficiencies. (Exhibit A)

　　　　3.　　Federal Rules of Civil Procedure 15(a)(2) states in pertinent part "… a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires."

　　　　4.　　Justice requires that the Plaintiff be able to conform the pleadings to the

issues in the case.

      WHEREFORE the Plaintiff seeks leave to file a Second Amended Complaint to correct deficiencies raised in Defendant's Motion to Dismiss for failure to state a claim.

                                          Respectfully submitted,

                                          Law Offices of Robert A. Montgomery

                                          /s/Robert A. Montgomery
                                          Attorney for Plaintiff

Robert A. Montgomery
Attorney at Law
161 North Clark Street, Suite 3050
Chicago, Illinois 60601
T: (312) 236-7700; F: (312) 605-8808
E: rm@rmontlaw.com
Attorney Code 1946129