## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LELYNE EDENS AS SPECIAL ADMINISTRATOR OF THE ESTATE OF CALEB MICHAEL JOYNER, DECEASED, ) ) ) ) Plaintiff, ) ) vs. ) ) OLIGHT USA, ) BATTERIES PLUS HOLDING ) CORPORATION, & ) ASCENT BATTERY SUPPLY, LLC. ) ) Defendants. ) | Court No.: 1:19-cv-05346<br><br>Hon. Charles R. Norgle |

### ORDER

This Matter coming before the court on Plaintiffs' Motion to file a Second Amended Complaint to correct deficiencies raised in Defendant's Motion to Dismiss for failure to state a claim. The court here by grants Plaintiffs Motion.

SO ORDERED THIS _____ DAY OF _____, 2019.

_____
CHARLES RONALD NORGLE, Judge
United States District Court

Robert A. Montgomery
Attorney at Law
161 North Clark Street, Suite 3050
Chicago, Illinois 60601
T: (312) 236-7700; F: (312) 605-8808
E: rm@rmontlaw.com
Attorney Code 1946129