**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LELYNE EDENS AS SPECIAL | ) | |
| ADMINISTRATOR OF THE ESTATE OF | ) | |
| CALEB MICHAEL JOYNER, DECEASED | ) | |
| | ) | No. 19-cv-5346 |
| Plaintiff, | ) | |
| | ) | Honorable Judge Charles R. Norgle, Sr. |
| v. | ) | Magistrate Judge Honorable Sunil R. Harjani |
| | ) | |
| OLIGHT USA, BATTERIES PLUS | ) | |
| HOLDING CORPORATION, & ASCENT | ) | |
| BATTERY SUPPLY, LLC., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS', BATTERIES PLUS HOLDING CORPORATION, & ASCENT BATTERY SUPPLY, LLC, MOTION TO STIKE PLAINTIFF'S MOTIONS FOR LEAVE TO FILE FIRST AMEDNED AND SECOND AMENDED COMPLAINTS**

Defendants, BATTERIES PLUS HOLDING CORPORATION and ASCENT BATTERY SUPPLY, LLC, by and through their attorneys, GLENN F. FENCL and AMBER N. LUKOWICZ of JOHNSON AND BELL, LTD.,  respectfully move this Honorable Court pursuant to Federal Rule of Civil Procedure 12(f)(2) to strike the Plaintiff's Motion for Leave to File a First Amended Complaint and Plaintiff's Motion for Leave to File a Second Amended Complaint for failing to follow Local Rule 5.3(b).   In support thereof, Defendants state as follows:

1.      On October 11, 2019, Plaintiff filed a Motion for leave to file First Amended Complaint pursuant to Federal Rule of Civil Procedure ("FRCP") 15(a)(2). (Doc. No. 10). Plaintiff did not file a notice of hearing or set a hearing date to present her motion to the Court. As such, Plaintiff's motion for leave was never heard by this Court or granted and the original Complaint (Doc. No. 1) remains the only Complaint on file and at issue in this matter.

2. On November 22, 2019, and in response to Defendants' Motion to Dismiss, Plaintiff filed a Motion for Leave to File Second Amended Complaint pursuant to Federal Rule of Civil Procedure ("FRCP") 15(a)(2). Again, Plaintiff has failed to set the motion for a hearing date to present her motion to the Court.

3. Northern District of Illinois Local Rule 5.3(b) states "[e]very motion or objection shall be accompanied by a notice of presentment specifying the date and time on which, and judge before whom, the motion or objection is to be presented."

4. Defendants, BATTERIES PLUS HOLDING CORPORATION and ASCENT BATTERY SUPPLY, LLC, herein move this Court to strike the Plaintiff's Motions for Leave to File Amended Complaints (Doc. No. 10 and 18) for Plaintiff's failure to notice the motions for presentment and hearing under L.R. 5.3(b).

5. Plaintiff has not properly noticed the Motion for Leave to File a First Amended Complaint, hence the motion was never presented to this Court nor granted. As a consequence, the First Amended Complaint has never been properly filed before this Court.

6. Plaintiff's Motion for Leave to File a Second Amended Complaint is similarly improper, and should rightly be stricken. Plaintiff has again failed to notice the motion for hearing or presentment before the Court. Furthermore, as there was never a First Amended Complaint in this matter, there can be no Second Amended Complaint. Plaintiff should not be allowed to continue filing amended complaints when they have not been properly noticed for consideration by this Court.

7. Therefore, Defendants, BATTERIES PLUS HOLDING CORPORATION and ASCENT BATTERY SUPPLY, LLC, herein ask this Court to strike Plaintiff's Motions to File

Amended Complaints, Document Numbers 10 and 18, in this matter for failing to follow L.R. 5.3(b).

  **WHEREFORE,** Defendants, BATTERIES PLUS HOLDING CORPORATION and ASCENT BATTERY SUPPLY, LLC, pray that this Honorable Court strike Plaintiff's Motion for Leave to File a First Amended Complaint and Plaintiff's Motion for Leave to File a Second Amended Complaint for Plaintiff's failure to follow Federal Civil Procedure and for any other relief this Court deems adequate and just.


Dated: December 6, 2019    Respectfully submitted,


         */s/ Amber N. Lukowicz*
         One of the Attorneys for the Defendants Batteries Plus Holding Corporation and Ascent Battery Supply, LLC


Glenn F. Fencl ARDC# 3126086
Amber N. Lukowicz ARDC# 6324266
Johnson & Bell, Ltd.
33 W. Monroe, Ste. 2700
Chicago, Illinois 60603
Phone: (312) 372 0770
Fax: (312) 372-9818
fenclf@jbltd.com
lukowicza@jbltd.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

**s/ Amber N. Lukowicz**
Amber N. Lukowicz; Bar Number:  6324266
One of the Attorneys for the Defendants Batteries
    Plus Holding Corporation and Ascent Battery
    Supply, LLC
Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, IL 60603
Telephone:  (312) 372-0770
Fax:  (312) 372-2881
E-mail:  lukowicza@jbltd.com
