IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LELYNE EDENS AS SPECIAL ADMINISTRATOR OF THE ESTATE OF CALEB MICHAEL JOYNER, DECEASED,<br><br>Plaintiff,<br>vs.<br><br>OLIGHT USA, BATTERIES PLUS HOLDING CORPORATION, & ASCENT BATTERY SUPPLY, LLC.<br><br>Defendants. | Court No.: 1:19-cv-05346<br><br>Hon. Charles R. Norgle |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **13th** day of **December 2019**, at **10:30am**, I shall appear before the Honorable Judge Charles R. Norgle, Sr., Courtroom 2341, or any Judge sitting in his stead in courtroom usually occupied by him at 219 South Dearborn St., Chicago, Illinois and shall then present **Plaintiff's previously filed Motion to file First Amended and Second Amended Complaint.**

Respectfully submitted,

Law Offices of Robert A. Montgomery

/s/Robert A. Montgomery
Attorney for Plaintiff

Robert A. Montgomery
Attorney at Law
161 North Clark Street, Suite 3050
Chicago, Illinois 60601
T: (312) 236-7700; F: (312) 605-8808
E: rm@rmontlaw.com
Attorney Code 1946129