**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LELYNE EDENS AS SPECIAL ADMINISTRATOR OF THE ESTATE OF CALEB MICHAEL JOYNER, DECEASED,<br><br>　　　　Plaintiff,<br>vs.<br><br>OLIGHT USA, BATTERIES PLUS HOLDING CORPORATION, & ASCENT BATTERY SUPPLY, LLC.<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Court No.: 1:19-cv-05346<br>)<br>) Hon. Charles R. Norgle<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**REASSIGNMENT OF CASES AS RELATED**

NOW COME the Plaintiff, pursuant to United States District Court for the Northern District of Illinois, Local Rule 40.4, and moves unopposed by adverse counsel, that this Honorable Court enter an order for Reassignment of case 1:19-cv-07076, Olight, Olight World USA, Inc.,Olight Technology Co., LTD., Olight World, and Mica Electronics Company Limited into the above caption matter, and in support thereof states as follows:

1.　On or about August 8, 2019 Plaintiff filed the above captioned case. Then on October 28, 2019 Plaintiff filed a second case, case number 1:19-cv-07076, styled The Estate of Joyner v. Olight, Olight World USA, Inc., Olight Technology Co., LTD., Olight World, and Mica Electronics Company Limited.

2.　Both cases involve some of the same issues of fact or law; both cases grow out of the same transaction or occurrence; both cases are pending in this Court; the handling of both cases by the same judge is likely to result in a substantial saving of judicial time and effort; both cases have not progressed to the point where designating a later filed

case as related would be likely to delay the proceedings in the earlier case substantially; and both the cases are susceptible of disposition in a single proceeding.

   3.  Pursuant to Local Rule 40.4 of the United States District Court for the Northern District of Illinois, cases may be related if one or more of the following conditions is met:

     a. the cases involve the same property;

     b. the cases involve some of the same issues of fact or law;

     c. the cases grow out of the same transaction or occurrence; or

     d. both cases are pending in this Court;

     e. the handling of both cases by the same judge is likely to result in a substantial saving of judicial time and effort;

     f. the earlier case has not progressed to the point where designating a later filed case as related would be likely to delay the proceedings in the earlier case substantially; and

     g. the cases are susceptible of disposition in a single proceeding.

   4.  Plaintiff's counsel request that the case 1:19-cv-07076, styled The Estate of Joyner v. Olight, Olight World USA, Inc., Olight Technology Co., LTD., Olight World, and Mica Electronics Company Limited be reassigned as related case into 1:19-cv-05346, Olight USA, Batteries Plus Holding Corporation, and Ascent Battery Supply, LLC.

   5.  Granting Plaintiff's, Motion for Reassignment of Case as Related will not unduly delay or prejudice the adjudication of the rights of the ongoing parties.

   6.  Plaintiff's motion is unopposed by adverse counsel.

WHEREFORE, Plaintiff, requests this Honorable Court for an Order reassigning the

case 1:19-cv-07076, styled The Estate of Joyner v. Olight, Olight World USA, Inc., Olight Technology Co., LTD., Olight World, and Mica Electronics Company Limited into case 1:19-cv-05346, Olight USA, Batteries Plus Holding Corporation, and Ascent Battery Supply, LLC,.

                                                Respectfully submitted,

                                                /s/ Robert A. Montgomery
                                                By: Robert A. Montgomery

Robert A. Montgomery
Attorney at Law
161 North Clark Street, Suite 3050
Chicago, Illinois 60601
T: (312) 236-7700; F: (312) 605-8808
E: rm@rmontlaw.com
Attorney Code 1946129