IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LELYNE EDENS AS SPECIAL ADMINISTRATOR OF THE ESTATE OF CALEB MICHAEL JOYNER, DECEASED, <br><br> Plaintiff, <br> vs. <br><br> OLIGHT USA, BATTERIES PLUS HOLDING CORPORATION, & ASCENT BATTERY SUPPLY, LLC. <br><br> Defendants. | Court No.: 1:19-cv-05346 <br><br> Hon. Charles R. Norgle |

## ORDER

Plaintiff's Motion for Reassignment of case 1:19-cv-07076, styled The Estate of Joyner v. Olight, Olight World USA, Inc., Olight Technology Co., LTD., Olight World, and Mica Electronics Company Limited into case 1:19-cv-05346, Olight USA, Batteries Plus Holding Corporation, and Ascent Battery Supply, LLC, is now granted.

SO ORDERED THIS _____ DAY OF _____, 2019.

_____
CHARLES RONALD NORGLE, Judge
United States District Court

Robert A. Montgomery
Attorney at Law
161 North Clark Street, Suite 3050
Chicago, Illinois 60601
T: (312) 236-7700; F: (312) 605-8808
E: rm@rmontlaw.com
Attorney Code 1946129