IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LELYNE EDENS AS SPECIAL ADMINISTRATOR OF THE ESTATE OF CALEB MICHAEL JOYNER, DECEASED,<br><br>Plaintiff,<br>vs.<br><br>OLIGHT USA, BATTERIES PLUS HOLDING CORPORATION, & ASCENT BATTERY SUPPLY, LLC.<br><br>Defendants. | Court No.: 1:19-cv-05346<br><br>Hon. Charles R. Norgle |

**CERTIFICATE OF SERVICE**

I certify that on December 13, 2019, I electronically filed the foregoing with the United States District Court, Northern District of Illinois Eastern Division using the CM/ECF system, which sent notification to the following CM/EFC participants:

Glenn F. Fencl
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, IL 60603
(312) 372-0770
Email: fenclg@jbltd.com

Amber N Lukowicz
Johnson & Bell, Ltd.
33 W. Monroe St
Suite 2700
Chicago, IL 60603
(224) 489-8475
Email: lukowicza@jbltd.com

                                              /s/ Robert A. Montgomery
                                              Robert A. Montgomery

Robert A. Montgomery
Attorney at Law
161 North Clark Street, Suite 3050
Chicago, Illinois 60601
T: (312) 236-7700; F: (312) 605-8808
E: rm@rmontlaw.com
Attorney Code 194612