UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Lelyne Edens
                          Plaintiff,

v.                                            Case No.: 1:19–cv–05346
                                                   Honorable Charles R. Norgle Sr.

Olight USA, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 13, 2019:

      MINUTE entry before the Honorable Charles R. Norgle: Motion to amend [10] is withdrawn. Motion to Dismiss [11] is moot. Motion to amend [18] is withdrawn. Motion to strike [20] is moot. Motion hearing held on 12/13/2019. Plaintiff is given 28 days within which to file an amended complaint. A status hearing is set for 2/4/2020 at 10:30 a.m. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.