IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LELYNE EDENS AS SPECIAL ADMINISTRATOR OF THE ESTATE OF CALEB MICHAEL JOYNER, DECEASED, <br><br> Plaintiff, <br><br> vs. <br><br> OLIGHT, OLIGHT WORLD USA, INC, BATTERIES PLUS HOLDING CORPORATION, OLIGHT TECHNOLOGY CO., LTD., ASCENT BATTERY SUPPLY, LLC., OLIGHT WORLD, MICA ELECTRONICS COMPANY LIMITED, <br><br> Defendants. | Court No.: 19-cv-5346 <br><br> Honorable Charles R. Norgle |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I caused to be served the foregoing document on January 10, 2020, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

/s/Robert A. Montgomery
Attorney for Plaintiff

Robert A. Montgomery
Attorney at Law
161 North Clark Street, Suite 3050
Chicago, Illinois 60601
T: (312) 236-7700; F: (312) 605-8808
E: rm@rmontlaw.com
Attorney Code 1946129