# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| LELYNE EDENS AS SPECIAL ADMINISTRATOR OF THE ESTATE OF CALEB MICHAEL JOYNER, DECEASED ) ) ) ) | |
| ) | No. 2: 20-CV-02312 |
| Plaintiff, ) | |
| ) | Honorable Judge Colin Stirling Bruce |
| v. ) | Magistrate Judge Eric I. Long |
| ) | |
| BATTERIES PLUS HOLDING CORPORATION, OLIGHT TECHNOLOGY CO., LTD., ASCENT BATTERY SUPPLY, LLC., MICA ELECTRONICS COMPANY LIMITED, ) ) ) ) ) ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW APPEARANCE OF
## ATTORNEY  AMBER N. LUKOWICZ AS COUNSEL FOR DEFENDANTs

NOW COMES Defendants, BATTERIES PLUS HOLDING CORPORATION and ASCENT BATTERY SUPPLY, LLC, by and through their attorneys, GLENN F. FENCL and AMBER N. LUKOWICZ of JOHNSON AND BELL, LTD., and respectfully requests that this Court withdraw the appearance of Amber N. Lukowicz as counsel for Defendants BATTERIES PLUS HOLDING CORPORATION and ASCENT BATTERY SUPPLY, LLC.  In support thereof, Defendants state as follows:

1.     Attorney Amber N. Lukowicz previously filed an Appearance in this matter on behalf of Defendants while she was working as an attorney for the law firm of Johnson & Bell, Ltd.

2.     Ms. Lukowicz has left the law firm of Johnson and Bell, Ltd. and is no longer handling litigations matters.

3. Defendants have been and continues to be represented by Glenn F. Fencl of Johnson & Bell, Ltd.

WHEREFORE, Defendants, BATTERIES PLUS HOLDING CORPORATION and ASCENT BATTERY SUPPLY, LLC, prays that this Court withdraw the appearance of Amber N. Lukowicz as counsel for Defendant in this matter and further remove her from receiving CM/ECF notifications, and for any further relief this Court deems appropriate.

Respectfully submitted,

*/s/ Amber N. Lukowicz*
One of the Attorneys for the Defendants Batteries Plus Holding Corporation and Ascent Battery Supply, LLC

Glenn F. Fencl ARDC# 3126086
Amber N. Lukowicz ARDC# 6324266
Johnson & Bell, Ltd.
33 W. Monroe, Ste. 2700
Chicago, Illinois 60603
Phone: (312) 372 0770
Fax: (312) 372-9818
fenclf@jbltd.com
lukowicza@jbltd.com

4827-1133-8206, v. 1

## CERTIFICATE OF SERVICE

      I hereby certify that on February 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                    **s/ Amber N. Lukowicz**
                                    Amber N. Lukowicz; Bar Number:  6324266
                                    One of the Attorneys for the Defendants Batteries Plus Holding Corporation and Ascent Battery Supply, LLC
                                    Johnson & Bell, Ltd.
                                    33 West Monroe Street, Suite 2700
                                    Chicago, IL 60603
                                    Telephone:  (312) 372-0770
                                    Fax:  (312) 372-2881
                                    E-mail:  lukowicza@jbltd.com

4827-1133-8206, v. 1