E-FILED
Wednesday, 31 March, 2021  04:10:48 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

### MOTION FOR ADMISSION TO PRACTICE
(Complete A or B or C per instructions)

**A.** _____ of _____
      Name of Applicant      City, County, State

seeks admission to practice generally before this court pursuant to CDIL-LR-83.5

I, _____ of _____ am a member
   Name of Movant      City, County, State

in good standing of the bar of this court, having been admitted at (check one)
☐ Peoria ☑ Urbana ☐ Springfield ☐ Rock Island.

_____ is licensed by _____, is currently in
  Name of Applicant      State

good standing and is actively engaged in the practice of law. I know _____
                                                    Applicant

to be of good moral character and general fitness to practice law in this court, and I recommend him/her for admission to the bar of this court.

I so move.

_____      _____
Date                                  Signature of Movant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**B.**

Shannon B. Mize      of Indianapolis, Marion County, Indiana
  Name of Applicant      City, County, State

seeks admission to practice generally before this court pursuant to CDIL-LR-83.5.

I am licensed by Indiana and I attach a Certificate of Good Standing with this motion.
             State

I am actively engaged in the practice of law and am of general fitness to practice law in this court.

I so move.

03/31/2021                               /s/ Shannon B. Mize
Date                                Signature of Movant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**C. Reciprocal Admission**

_____ of _____
  Name of Applicant      City, County, State

seeks admission to practice generally before this court pursuant to CDIL-LR-83.5.

I am licensed in the Northern/Southern District of IL (circle one) and I attach a copy of my Certificate of Admission with this motion. I am in Good Standing and actively engaged in the practice of law and am of general fitness to practice law in this court.

I so move.

_____      _____
Date                                  Signature of Movant

| MOTION ALLOWED | ENTER | |
| --- | --- | --- |
| | Date: | U.S. District Judge / U.S. Magistrate Judge |

atty adm application.wpd

# ADMISSION QUESTIONNAIRE

(TO BE COMPLETED BY EACH APPLICANT APPLYING FOR ADMISSION TO THE ROLL TO PRACTICE IN THE FEDERAL COURT, CENTRAL DISTRICT OF ILLINOIS)

| NAME | HOME ADDRESS |
|---|---|
| Shannon B. Mize | 6745 Robin Hood Ct.<br>Indianapolis, IN 46227 |
| Email address: smize@shartzerlaw.com | |

| NAME OF FIRM | OFFICE ADDRESS |
|---|---|
| Shartzer Law Firm, LLC | 156 E. Market Street<br>Suite 1000<br>Indianapolis, IN 46204 |
| Telephone and Fax No. of Firm:<br>317-969-7600  317-969-7650 | |

| EDUCATION ||
|---|---|
| UNDERGRADUATE SCHOOLS ATTENDED | DEGREES |
| Butler University | Bachelor of Arts |
| | |
| | |
| LAW SCHOOLS ATTENDED | DEGREES |
| Indiana University School of Law - Indianapolis | Juris Doctor |
| | |
| | |
| STATE ADMITTED TO THE BAR | DATE OF ADMISSION |
| Indiana | November 19, 2001 |
| Bar number: 22902-49A | |
| OTHER FEDERAL COURTS WHERE ADMITTED TO PRACTICE ||
| Southern District of Indiana | |
| Northern District of Indiana | |
| 7th Circuit Court of Appeals | |

| APPLICANT HAS READ AND IS FAMILIAR WITH: | YES | NO |
|---|---|---|
| A. Provisions of the Judicial Code (Title 28 U.S.C.,§§ 1330-1452), which pertain to jurisdiction of and venue in a United States District Court. | ✓ | |
| B. The Federal Rules of Civil Procedure. | ✓ | |
| C. The Federal Rules of Criminal Procedure. | ✓ | |
| D. The Rules of the United States District Court for the Central District of Illinois. | ✓ | |
| E. The Code of Professional Responsibility as adopted by the State of Illinois. | ✓ | |
| **HAS THE APPLICANT EITHER SUCCESSFULLY COMPLETED A COURSE OF STUDY IN AN EDUCATION INSTITUTION BEFORE OR AFTER ADMISSION TO THE BAR, COVERING THE FOLLOWING SUBJECT MATTER:** | | |
| A. Evidence. | ✓ | |
| B. Civil Procedure including Federal Jurisdiction Practice and Procedure | ✓ | |
| C. Criminal Law and Procedure | ✓ | |
| D. Professional Responsibility | ✓ | |
| E. Trial Advocacy | | ✓ |
| **HAS THE APPLICANT ASSISTED IN THE PREPARATION OF A CASE OR CASES FOR TRIAL, EITHER CRIMINAL OR CIVIL?** | ✓ | |
| If yes, number of cases assisted in the preparation. | 10 | |
| Were any of these Federal Court Proceedings? | Yes - 1 | |
| **HAVE YOU EVER OBSERVED A COMPLETE HEARING AT WHICH TESTIMONY IS TAKEN ON THE MERITS IN UNITED STATES DISTRICT COURT?** | ✓ | |
| If yes, how many proceedings have you so observed? | 5 | |
| **HAVE YOU EVER BEEN DISCIPLINED BY ANY COURT OR STATE DISCIPLINARY AUTHORITY?** | | ✓ |
| If yes, please give dates and dispositions. | | |

The undersigned agrees to abide by all Court rules, orders, and policies and procedures governing the use of the electronic filing system. The undersigned also consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) and Fed. R. Crim. P. 49(b) via the Court's electronic filing system. The combination of user id and password will serve as the signature of the attorney filing the documents. Attorneys must protect the security of their passwords and immediately notify the Court if they learn that their password bas been compromised. The undersigned acknowledges that misuse of the password or violations of the Local Rules for controlling electronic filing may subject the undersigned to sanctions pursuant to Fed. R. Civ. P. 11. ✓ Check box to 'Agree'.

DATED THIS __31st__ DAY OF ____March____, 20_21_.       _____
                                                         Applicant's Signature

                                                         Shannon B. Mize
                                                         Typed Name of Applicant

# SUPREME COURT OF
# THE STATE OF INDIANA



*Certification*

**STATE OF INDIANA, SS:**

I, Gregory R. Pachmayr, Clerk of the Supreme Court of Indiana, do hereby certify that

SHANNON BOGARD MIZE

is a member of the bar of said Court since admission on November 19, 2001, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 31st day of March, 2021.

GREGORY R. PACHMAYR
CLERK, SUPREME COURT OF INDIANA