# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| LELYNE EDENS AS SPECIAL ADMINISTRATOR OF THE ESTATE OF CALEB MICHAEL JOYNER, DECEASED,<br><br>  Plaintiff,<br><br>  vs.<br><br>OLIGHT USA,<br>BATTERIES PLUS HOLDING CORPORATION,<br>ASCENT BATTERY SUPPLY, LLC, OLIGHT, OLIGHT WORLD USA, INC, OLIGHT WORLD and OLIGHT TECHNOLOGY CO., LTD.<br><br>  Defendants. | Court No.: 2:20-cv-02312-CSB-EIL |

## MOTION FOR LEAVE TO PARTICIPATE IN CASE WHILE APPLICATION FOR ADMISSION TO PRACTICE IS PENDING

Comes now undersigned counsel for Plaintiff, Jason A. Shartzer, and pursuant to Local Rule 83.5, moves the Court for Leave to participate in this case while his Application for Admission to Practice is pending with the Clerk of this Court. In support, undersigned counsel states as follows:

1.  Contemporaneously with the filing of this Motion for Leave, undersigned counsel has filed with the Clerk's office a Motion for Admission to Practice, a copy of which is attached as Exhibit A.

2.  Undersigned counsel has submitted payment of the requisite fee for admission to the Court.

WHEREFORE, undersigned counsel, respectfully requests that the Court grant

him leave to practice in this case while his Application for Admission to Practice is pending, and for all other relief deemed just and proper in the premises.

                                        Respectfully submitted,

                                        <u>/s/Jason S. Shartzer</u>  
                                        Attorney for Plaintiff  
                                        Indiana Attorney No. 23898-49

SHARTZER LAW FIRM, LLC  
156 E. Market St., Suite 1000  
Indianapolis, IN 46204  
317-969-7600  
F:  317-969-7650  
jshartzer@shartzerlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| LELYNE EDENS AS SPECIAL ADMINISTRATOR OF THE ESTATE OF CALEB MICHAEL JOYNER, DECEASED, <br><br> Plaintiff, <br><br> vs. <br><br> OLIGHT USA, BATTERIES PLUS HOLDING CORPORATION, ASCENT BATTERY SUPPLY, LLC, OLIGHT, OLIGHT WORLD USA, INC, OLIGHT WORLD and OLIGHT TECHNOLOGY CO., LTD. <br><br> Defendants. | Court No.: 2:20-cv-02312-CSB-EIL |

## CERTIFICATE OF SERVICE

I certify that on March 31, 2021, I electronically filed the foregoing with the United States District Court, Northern District of Illinois Eastern Division using the CM/ECF system, which sent notification to the CM/EFC participants:

| | |
|---|---|
| Robert A. Montgomery <br> Attorney at Law <br> 161 North Clark St., Ste. 3050 <br> Chicago, IL 60601 <br> rm@rmontlaw.com | Glen F. Fencl <br> Amber N. Lukowicz <br> JOHNSON & BELL, LTD. <br> 33 West Monroe St., Ste. 2700 <br> Chicago, IL 60603 <br> fenclg@jbltd.com <br> lukowicza@jbltd.com |
| Eric C. Cohen <br> Rimon, P.C. <br> 980 N. Michigan Ave., Suite 1400 <br> Chicago, IL 60611 <br> Eric.cohen@rimonlaw.com | Jason Liang Xu <br> 1717 K Street NW, Suite 900 <br> Washington, DC 20006 <br> Jason.xu@rimonlaw.com |

3

Respectfully submitted,

SHARTZER LAW FIRM, LLC


/s/Jason A. Shartzer
Attorney for Plaintiff
Indiana Bar No. 23989-49

SHARTZER LAW FIRM, LLC
156 E. Market St., Suite 1000
Indianapolis, IN 46204
317-969-7600
F:  317-969-7650
jshartzer@shartzerlaw.com