**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| LELYNE EDENS AS SPECIAL ADMINISTRATOR OF THE ESTATE OF CALEB MICHAEL JOYNER, DECEASED,<br><br>Plaintiff,<br><br>vs.<br><br>OLIGHT USA, BATTERIES PLUS HOLDING CORPORATION, ASCENT BATTERY SUPPLY, LLC, OLIGHT, OLIGHT WORLD USA, INC, OLIGHT WORLD and OLIGHT TECHNOLOGY CO., LTD.<br><br>Defendants. | Court No.: 2:20-cv-02312-CSB-EIL |

## ORDER

This Honorable Court after considering counsel for Plaintiff Jason A. Shartzer's Motion for Leave to Participate in Case While Application for Admission to Practice is Pending finds that said Motion is meritorious and should be GRANTED.

IT IS NOW HEREBY ORDERED that counsel for Plaintiff, Jason A. Shartzer, may participate in this case while his Application for Admission to Practice is pending.

SO APPROVED AND ORDERED THIS _____ DAY OF _____ 2021.

_____
Judge,
United States District Court